AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHERYL EDENFIELD, as mother and legal guardian
of QUINCY EDENFIELD, an incapacitated adult,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 2:16-cv-170

GATEWAY BEHAVIORAL HEALTH
SERVICES,
v.
HEALTHCARE STAFFING, INC.,
Third-Party Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 28th day of November 2018, granting Defendant, Gateway's Motion for Summary Judgment, judgment is hereby entered, and this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: November 28, 2018

Scott L. Poff
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03